UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| (I')SLA BALLARD, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:11-CV-1553 RWS |
| CITY OF ST. LOUIS, et al., | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before me on Plaintiff (I')sla Ballard's Motion for Indigent Assistance in Pay for Cost of ADR [#38]. I will construe Plaintiff's motion to be a motion for appointment of pro bono neutral and Plaintiff's motion will be granted. Any request for reimbursement in excess of seven hundred fifty dollars ($750.00) will not be considered by the Court. The parties shall jointly file a designation of neutral no later than September 24, 2012 [#35].

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff (I')sla Ballard's Motion [#38] is **GRANTED**.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 20th day of September, 2012.